## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **Gruver, et al** | **CIVIL ACTION** |
| **VERSUS** | **18-CV-772-SDD-EWD** |
| **State of Louisiana through the Board of Supervisors of Louisiana State University and Mechanical College, et al** | |

### CLERK'S ENTRY OF DEFAULT

Service having been executed on 8/23/2018 on Defendant, Louisiana Beta Chapter of Phi Delta Theta Fraternity and no answer, claim or other responsive pleadings having been filed;

IT IS ORDERED the Plaintiff's Motion for Entry of Default against Louisiana Beta Chapter of Phi Delta Theta Fraternity be and is hereby GRANTED.

Baton Rouge, Louisiana, this 5th day of November 2018.

MICHAEL L. MCCONNELL
CLERK OF COURT


BY:_____
Deputy Clerk


cc:     Louisiana Beta Chapter of Phi Delta Theta Fraternity