UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER<br>and RAE ANN GRUVER,<br>Individually and on behalf of<br>MAXWELL R. GRUVER, deceased<br><br>v.<br><br>STATE OF LOUISIANA THROUGH<br>THE BOARD OF SUPERVISORS OF<br>LOUISIANA STATE UNIVERSITY AND<br>AGRICULTURAL AND MECHANICAL<br>COLLEGE, ET AL | CIVIL ACTION NO. 18-CV-772<br>SDD-EWD<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE ERIN<br>WILDER-DOOMES |

## ORDER

Considering the Joint Motion to Voluntarily Dismiss Claims against Defendant Kirkpatrick with Prejudice filed jointly by Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased, and Defendant, Hudson Kirkpatrick;

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED, and Plaintiffs' claims against Defendant, Hudson Kirkpatrick, in the above-captioned matter are dismissed, with prejudice, and with each party to bear its own costs; and

**IT IS FURTHER ORDERED** that this Order applies only to Plaintiffs' claims against Hudson Kirkpatrick. Plaintiffs' claims remain active and pending against all other Defendants.

Baton Rouge, Louisiana this __12__ day of __December__, 2018.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA