UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER, ET AL | : NO. 18-CV-772-SDD-EWD |
| VS. | : |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL | : |

NOTICE OF APPEAL

Defendant, The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU"), an arm of the State of Louisiana, hereby appeals to the United States Court of Appeals for the Fifth Circuit the following order and/or judgment:

1. Ruling Granting in Part and Denying in Part LSU's Motion to Dismiss entered on July 19, 2019. [Doc. 116], insofar as the Ruling denied LSU's Motion to Dismiss for Lack of Jurisdiction pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) and the Eleventh Amendment to the United States Constitution.

LSU's appeal is taken pursuant to 28 U.S.C. § 1291 and the collateral order doctrine. *See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 147 (1993) (holding that the denial of a motion to dismiss filed by a state entity based on Eleventh Amendment immunity may be immediately appealed pursuant to the collateral order doctrine).

[signature block on following page]

1

103753

                BIENVENU, BONNECAZE, FOCO, VIATOR & HOLINGA, APLLC

By: *S/David M. Bienvenu, Jr.*
    David M. Bienvenu, Jr., #20700
    Lexi T. Holinga, #30096
    Patrick H. Hunt, #34599
    4210 Bluebonnet Blvd.
    Baton Rouge, LA 70809
    Phone: (225) 388-5600
    Fax: (225) 388-5622

**Counsel for *THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE***

- CERTIFICATE -

    I certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

    Baton Rouge, Louisiana, this 18th day of August, 2019.

                *S/ David M. Bienvenu, Jr.*
                David M. Bienvenu, Jr.

91315