# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

GRUVER ET AL                                                   CIVIL ACTION

VERSUS                                                          3:18-cv-00772-SDD-EWD

STATE OF LOUISIANA THROUGH THE
BOARD OF SUPERVISORS OF
LOUISIANA STATE ET AL


## CLERK'S ENTRY OF DEFAULT


Service having been executed on Daltin Babineaux on November 12, 2019, and no

answer, claim or other responsive pleadings having been filed;


IT IS ORDERED the Plaintiff's Motion for Entry of Default against Daltin Babineaux,

Defendant, be and is hereby GRANTED.


Baton Rouge, Louisiana, this 13th day of February, 2020.


                                        MICHAEL L. MCCONNELL
                                        CLERK OF COURT



                                        BY: _____ Karri Wilcox
                                        Deputy Clerk



cc:  Daltin Babineaux