UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER, ET AL. | No: 3:18-CV-00772 |
| VERSUS | JUDGE: SHELLY D. DICK |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | MAGISTRATE JUDGE: ERIN WILDER-DOOMES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO SUBSTITUTE COUNSEL OF RECORD**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT**, comes defendant, **HAIDER LAGHARI**, who respectively represents the following:

1.

Defendant desires to substitute Jason P. Foote as counsel of record in place of Keith P. Richards.

2.

Substitution of counsel at this stage of the proceedings will not delay, retard or impede the progress of the captioned matter.

**WHEREFORE**, Haider Laghari prays that Jason P. Foote be substituted for Keith P. Richards as defendant's counsel of record.

| | |
|---|---|
| /s/ Jason P. Foote | /s/ Keith P. Richards |
| JASON P. FOOTE (#25050) | KEITH P. RICHARDS (LSBA #22564) |
| DEVIN CABONI-QUINN (#35447) | KEITH P. RICHARDS, APLC |
| 2821 Richland Ave., Suite 202 | 6513 Perkins Road |
| Metairie, Louisiana 70002 | Baton Rouge, LA 70808 |
| Telephone: 504-324-8585 | Telephone: 225-767-3755 |
| Facsimile: 504-324-8496 | Facsimile: 225-767-4486 |
| | Email: keith@kprlawfirm.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the 3rd day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties by means of the CM/ECF notification system

      /s/ Keith P. Richards
      KEITH P. RICHARDS