UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN M. GRUVER** and **RAE ANN GRUVER,** Individually and on behalf of **MAXWELL R. GRUVER, deceased** | **CIVIL ACTION NO. 18-CV-772 SDD-EWD** |
| | **JUDGE SHELLY D. DICK** |
| **v.** | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |
| **STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL** | |

**ORDER**

Considering the Joint Motion to Voluntarily Dismiss Claims against Defendant Patrick A. Forde with Prejudice filed jointly by Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased, and Defendant, Patrick A. Forde;

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED, and Plaintiffs' claims against Defendant, Patrick A. Forde, in the above-captioned matter are dismissed, with prejudice, and with each party to bear its own costs; and

**IT IS FURTHER ORDERED** that this Order applies only to Plaintiffs' claims against Patrick A. Forde. Plaintiffs' claims remain active and pending against all other Defendants with whom Plaintiffs have not settled.

Signed in Baton Rouge, Louisiana the 30th day of April, 2020.

*[Signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**