UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN M. GRUVER** <br> **and RAE ANN GRUVER,** <br> **Individually and on behalf of** <br> **MAXWELL R. GRUVER, deceased** <br><br> **v.** <br><br> **STATE OF LOUISIANA THROUGH** <br> **THE BOARD OF SUPERVISORS OF** <br> **LOUISIANA STATE UNIVERSITY AND** <br> **AGRICULTURAL AND MECHANICAL** <br> **COLLEGE, ET AL** | **CIVIL ACTION NO. 18-CV-772** <br> **SDD-EWD** <br><br> **JUDGE SHELLY D. DICK** <br><br> **MAGISTRATE JUDGE ERIN** <br> **WILDER-DOOMES** |

**JOINT NOTICE OF PARTIAL SETTLEMENT**

Now into Court, through their undersigned counsel, come Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased, and Defendant, Ryan Isto, who, pursuant to LR16(c), hereby represent to the Court that the referenced parties and Mr. Isto's primary insurance carrier have reached an agreement, in accordance with *Gasquet v. Commercial Union Insurance Company*, 391 So. 2d 466 (La. App. 4th 1980), *writ denied*, 396 So. 2d 921 (La. 1981), whereby Plaintiffs have agreed, in exchange for monetary consideration paid to Plaintiffs, to release Mr. Isto's primary insurance carrier and Mr. Isto from all claims which might be recovered from Mr. Isto directly, while specifically reserving all claims against Mr. Isto to the extent any other collectible insurance coverage is afforded to Mr. Isto by any insurance carrier or company other than Mr. Isto's primary insurance carrier.

The partial settlement applies only to Plaintiffs' claims which may be recovered against Mr. Isto's primary insurance carrier or Mr. Isto directly. Plaintiffs specifically reserve their claims against Mr. Isto to the extent collectible coverage is afforded to Mr. Isto by any insurance carrier or company other than Mr. Isto's primary insurance carrier, and such claims shall remain active

1

and pending notwithstanding the partial settlement. Plaintiffs' claims also remain active and pending against all other Defendants with whom Plaintiffs have not settled.

Dated: May 12, 2020                                              Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Fiser | /s/ Jonathon N. Fazzola |
| **THE FISER LAW FIRM, LLC** | **THE FIERBERG NATIONAL LAW GROUP, PLLC** |
| Michael A. Fiser | Douglas E. Fierberg* – Lead Attorney |
| 1055 Laurel Street | Jonathon N. Fazzola* |
| Baton Rouge, LA 70802 | Lisa N. Cloutier* |
| Phone: (225)343-5059 | 161 East Front Street, Suite 200 |
| Fax: (225)778-7383 | Traverse City, MI  49684 |
| Email: michael@fiserlaw.com | Telephone: (231) 933-0180 |
| Bar Roll No: 28575 | Facsimile: (231) 252-8100 |
| | Email: dfierberg@tfnlgroup.com |
| *Attorney for Ryan Isto* | Email: jfazzola@tfnlgroup.com |
| | Email: lcloutier@tfnlgroup.com |
| | *Admitted Pro Hac Vice |

/s/ J. Lane Ewing, Jr.
**CAZAYOUX EWING LAW FIRM**
Donald J. Cazayoux, Jr. (LBN 20742)
J. Lane Ewing, Jr. (LBN 29854)
257 Maximilian Street
Baton Rouge, LA  70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: don@cazayouxewing.com
Email: lane@cazayouxewing.com

*Attorneys for Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased*

## CERTIFICATE OF SERVICE

We hereby certify that on this date a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

Dated:  May 12, 2020                               Respectfully submitted,

/s/ Jonathon N. Fazzola
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Douglas E. Fierberg* – Lead Attorney
Jonathon N. Fazzola*
Lisa N. Cloutier*
161 East Front Street, Suite 200
Traverse City, MI  49684
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: dfierberg@tfnlgroup.com
Email: jfazzola@tfnlgroup.com
Email: lcloutier@tfnlgroup.com
*Admitted Pro Hac Vice*

/s/ J. Lane Ewing, Jr.
**CAZAYOUX EWING LAW FIRM**
Donald J. Cazayoux, Jr. (LBN 20742)
J. Lane Ewing, Jr. (LBN 29854)
257 Maximilian Street
Baton Rouge, LA  70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: don@cazayouxewing.com
Email: lane@cazayouxewing.com

*Attorneys for Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased*