UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER, ET AL. | CIVIL ACTION NO. |
| VERSUS | 18-772-SDD-EWD |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | |

## ORDER

In light of the filing of Plaintiff Stephen and Rae Ann Gruver's Second Amended Complaint:[1]

**IT IS ORDERED** that the currently pending Motions to Dismiss, filed by Defendants Philip Clark,[2] Michael Comeaux, Jr.,[3] Luke St. Germain,[4] and Haider Laghari,[5] which seek dismissal of the claims in the First Amended Complaint, are **DENIED WITHOUT PREJUDICE** to their re-filing and pertaining to the Second Amended Complaint, as set forth in the June 19, 2020 Telephone Conference Report and Order.[6]

Signed in Baton Rouge, Louisiana, this 26th day of June, 2020.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] R. Doc. 214.
[2] R. Doc. 166.
[3] R. Doc. 161.
[4] R. Doc. 197.
[5] R. Doc. 189.
[6] R. Doc. 212.