**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**STEPHEN M. GRUVER, ET AL.**                                  **CIVIL ACTION**
v.
**STATE OF LOUISIANA THROUGH THE BOARD**          **NO. 3:18-cv-00772-SDD-EWD**
**OF SUPERVISORS OF LOUISIANA STATE**
**UNIVERSITY AND AGRICULTURAL AND**
**MECHANICAL COLLEGE, ET AL.**

### ORDER GRANTING PARTIAL DISMISSAL WITH PREJUDICE

Considering the Joint Motion for Voluntary and Partial Dismissal of Claims against Defendant Ryan M. Isto with Prejudice filed jointly by Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased, and Defendant, Ryan M. Isto,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant Isto are **PARTIALLY DISMISSED WITH PREJUDICE** as follows**:**

1. Plaintiffs' claims against Defendant Isto which may be recovered directly against Defendant Isto and/or State Farm Fire and Casualty Company, in its capacity as homeowner's insurer for Mark E. Isto and Ann M. Isto (Policy No. 26-BF-2410-6), only, are dismissed, with prejudice, and with each party to bear its own costs; and

2. This Order applies only to Plaintiffs' claims against Defendant Isto which may be recovered directly against Defendant Isto or State Farm, in its capacity as homeowner's insurer for Mark E. Isto and Ann M. Isto, only; and

3. Plaintiffs' claims against Defendant Isto remain active and pending to the to the extent collectible coverage is afforded under any other applicable policy of insurance, including the VIP Homeowner's Policy, Policy No. 151409848, issued by Allstate Insurance Company of Canada, Inc.; and

4. Defendant Isto shall remain in this action as a nominal Defendant to determine his legal liability for Plaintiffs' claims, if any, and to determine the liability, if any, of any other insurers that may provide coverage to, for, or on behalf of Defendant Isto related to Plaintiffs' claims against Defendant Isto; and

5. Plaintiffs' claims also remain active and pending against all other Defendants with whom Plaintiffs have not settled.

Signed in Baton Rouge, Louisiana the 30th day of June, 2020.

*[Signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**