# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN M. GRUVER and RAE ANN GRUVER, individually and on behalf of MAXWELL R. GRUVER, deceased** | : : : : | **CIVIL ACTION NO. 18-772-SDD-EWD** |
| **vs** | : : | **JUDGE SHELLY D. DICK** |
| **STATE OF LOUISIANA through the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, et al.** | : : : : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## ORDER

Considering the foregoing, *CONSENT MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND WITHDRAWAL OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) ON BEHALF OF DALTIN BABINEAUX*, it is consented by **DALTIN W. BABINEAUX** and **STEPHEN M. GRUVER AND RAE ANN GRUVER, individually and on behalf of MAXWELL R. GRUVER, deceased**, to set aside the CLERK'S ENTRY OF DEFAULT (Doc. 185), entered February 13th, 2020, pursuant to Rule 55(c) and Local Rule 7(c). Additionally, Defendant, **DALTIN BABINEAUX** respectfully requests that his MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) and attached memorandum (Doc.186, *et seq.*) be withdrawn from consideration, and accordingly,

IT IS ORDERED that:

1) The CLERK'S ENTRY OF DEFAULT (Doc. 185), entered February 13th, 2020, be set aside;

2) The MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) and attached memorandum (Doc.186, *et seq.*) be withdrawn from consideration; and

3) Defendant, **DALTIN W. BABINEAUX**, be permitted an additional 21 days to file responsive pleadings to Plaintiffs' FIRST AMENDED COMPLAINT (Doc. 141), commencing upon the day of signing of this Order.

THUS DONE in Chambers on this  14th  day of   August  , 2020.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**