UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN M. GRUVER and RAE ANN GRUVER, Individually and on behalf of MAXWELL R. GRUVER, Deceased | § § § § | CIVIL ACTION NO. 3:18-CV-772-SDD-EWD |
| VS. | § § § | JUDGE SHELLY D. DICK |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; PHI DELTA THETA FRATERNITY, an Ohio Non-Profit Corporation; LOUISIANA BETA HOUSE CORPORATION, a Louisiana Non-Profit Corporation; MATTHEW A. NAQUIN, Individually and as agent of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Theta Fraternity; RYAN M. ISTO, Individually and as an agent of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Fraternity; SEAN PAUL GOTT, Individually and as an Agent of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Fraternity; ZACHARY A. CASTILLO, Individually and as an agent of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Fraternity; ELLIOTT D. EATON, Individually and as an agent of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Fraternity; PATRICK A. FORDE, Individually and as an agent Of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Fraternity; ZACHARY T. HALL, Individually and as an agent of Phi Delta Theta Fraternity and Louisiana Beta Chapter of Phi Delta Fraternity; HUDSON | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

1

| B. KIRKPATRICK Individually and as | § |
| an agent of Phi Delta Theta Fraternity | § |
| and Louisiana Beta Chapter of Phi Delta | § |
| Fraternity; and JOHN DOES 1-10, | § |
| Individually and as an agent of Phi | § |
| Delta Theta Fraternity and | § |
| Louisiana Beta Chapter of Phi | § |
| Delta Fraternity | § |

## ANSWER TO SECOND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Defendant, SEAN PAUL GOTT, who, in response to Plaintiffs' Second Amended Complaint for Damages, denies each and every allegation thereof except such as may hereinafter be expressly admitted, respectfully representing:

### FIRST DEFENSE

The Second Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

As to defendant, Sean Paul Gott, he moves herein to strike all allegations of joint and several liability as Plaintiffs specifically allege in Paragraph 93 of the Second Amended Complaint that the claim upon which Plaintiffs are proceeding against, Seal Paul Gott, is based solely on negligence, and therefore, pursuant to the provisions of the Louisiana Civil Code, joint and several liability and/or in solido liability do not apply as to Plaintiffs' claims against Sean Paul Gott.

### THIRD DEFENSE

As to defendant, Sean Paul Gott, plaintiffs' claims against him arise solely pursuant to Louisiana law which does not provide a recovery of attorney's fees.

2

**FOURTH DEFENSE**

In the alternative, defendant, Sean Paul Gott, affirmatively pleads the doctrine of comparative fault and/or negligence.

**FIFTH DEFENSE**

In the further alternative, defendant, Sean Paul Gott, affirmatively pleads the fault of other parties for whom this defendant herein is not liable.

**SIXTH DEFENSE**

As to defendant, Sean Paul Gott, the claims against him arise solely pursuant to Louisiana law which does not provide a recovery of punitive damages.

**SEVENTH DEFENSE**

As to defendant, Sean Paul Gott, the claims against him arise solely pursuant to Louisiana law, and therefore, Title IX and any associated remedies are not applicable.

**EIGHTH DEFENSE**

This defendant had no duties as outlined by plaintiffs in their Second Amended Complaint.

**NINTH DEFENSE**

Plaintiffs' decedent was a voluntary participant in all of the cited activities.

**TENTH DEFENSE**

Defendant, Sean Paul Gott, reserves the right to amend this answer to assert additional defenses as discovery progresses in this matter.

## ANSWER TO SECOND AMENDED COMPLAINT

## INTRODUCTION

1.    The allegations of paragraph 1 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

2.    The allegations of paragraph 2 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

3.    The allegations of paragraph 3 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

4.    The allegations of paragraph 4 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

5.    The allegations of paragraph 5 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

6.    The allegations of paragraph 6 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

7.   The allegations of paragraph 7 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

8.   The allegations of paragraph 8 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

9.   The allegations of paragraph 9 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

10. The allegations of paragraph 10 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

11. The allegations of paragraph 11 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

12. The allegations of paragraph 12 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

13. The allegations of paragraph 13 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

14. The allegations of paragraph 14 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

15. The allegations of paragraph 15 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

16. The allegations of paragraph 16 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

17. The allegations of paragraph 17 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

18. The allegations of paragraph 18 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

19. The allegations of paragraph 19 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

20. The allegations of paragraph 20 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

21. The allegations of paragraph 21 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

22. The allegations of paragraph 22 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

**PARTIES**

23. The allegations of paragraph 23 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

24. The allegations of paragraph 24 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

25. The allegations of paragraph 25 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

26. The allegations of paragraph 26 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

27. The allegations of paragraph 27 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

28. The allegations of paragraph 28 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

29. The allegations of paragraph 29 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

30. The allegations of paragraph 30 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

31. The allegations of paragraph 31 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

32. The allegations of paragraph 32 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

33. The allegations of paragraph 33 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

34. The allegations of paragraph 34 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

35. The allegations of paragraph 35 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

36. The allegations of paragraph 36 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

37. The allegations of paragraph 37 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

38. The allegations of paragraph 38 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

39. The allegations of paragraph 39 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

40. The allegations of paragraph 40 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

## JURISDICTION AND VENUE

41. The allegations of paragraph 41 of the Second Amended Complaint are denied as they pertain to this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

42. The allegations of paragraph 42 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

43. The allegations of paragraph 43 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

## FACTUAL ALLEGATIONS

### *Maxwell Gruver's Tragically Short-Lived Attendance at LSU*

44. The allegations of paragraph 44 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

45. The allegations of paragraph 45 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

46. The allegations of paragraph 46 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

47. The allegations of paragraph 47 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

48. The allegations of paragraph 48 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

49. The allegations of paragraph 49 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

50. The allegations of paragraph 50 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

51. The allegations of paragraph 51 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

52. The allegations of paragraph 52 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

53. The allegations of paragraph 53 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

54. The allegations of paragraph 54 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant. In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

55. The allegations of paragraph 55 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

56. The allegations of paragraph 56 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

57. The allegations of paragraph 57 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

58. The allegations of paragraph 58 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

59. The allegations of paragraph 59 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

60. The allegations of paragraph 60 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

61. The allegations of paragraph 61 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

12

62. The allegations of paragraph 62 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

63. The allegations of paragraph 63 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

64. The allegations of paragraph 64 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

65. The allegations of paragraph 65 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

66. The allegations of paragraph 66 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

67. The allegations of paragraph 67 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

68. The allegations of paragraph 68 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

69. The allegations of paragraph 69 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

70. The allegations of paragraph 70 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

71. The allegations of paragraph 71 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

72. The allegations of paragraph 72 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

73. The allegations of paragraph 73 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

74. The allegations of paragraph 74 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

75. The allegations of paragraph 75 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

76. The allegations of paragraph 76 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

77. The allegations of paragraph 77 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

78. The allegations of paragraph 78 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

79. The allegations of paragraph 79 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

80. The allegations of paragraph 80 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

81. The allegations of paragraph 81 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

82. The allegations of paragraph 82 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

83. The allegations of paragraph 83 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

84. The allegations of paragraph 84 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

85. The allegations of paragraph 85 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

86. The allegations of paragraph 86 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

87. The allegations of paragraph 87 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

88. The allegations of paragraph 88 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

89. The allegations of paragraph 89 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

90. The allegations of paragraph 90 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

91. The allegations of paragraph 91 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

92. The allegations of paragraph 92 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

93. The allegations of paragraph 93 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

### *LSU's Partnership with and Control of Greek Life*

94. The allegations of paragraph 94 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

95. The allegations of paragraph 95 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

96. The allegations of paragraph 96 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.  In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

97. The allegations of paragraph 97 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

98. The allegations of paragraph 98 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

99. The allegations of paragraph 99 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

100. The allegations of paragraph 100 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

101. The allegations of paragraph 101 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

102. The allegations of paragraph 102 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

103. The allegations of paragraph 103 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

104. The allegations of paragraph 104 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

105. The allegations of paragraph 105 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

106. The allegations of paragraph 106 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

107. The allegations of paragraph 107 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

108. The allegations of paragraph 108 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

109. The allegations of paragraph 109 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

110. The allegations of paragraph 110 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

111. The allegations of paragraph 111 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

112. The allegations of paragraph 112 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

113. The allegations of paragraph 113 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

114. The allegations of paragraph 114 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

115. The allegations of paragraph 115 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

116. The allegations of paragraph 116 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

117. The allegations of paragraph 117 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

118. The allegations of paragraph 118 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

119. The allegations of paragraph 119 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

120. The allegations of paragraph 120 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

121. The allegations of paragraph 121 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

122. The allegations of paragraph 122 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

123. The allegations of paragraph 123 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

### _Known, Pervasive Risks and Culture of Hazing in Fraternities_

124. The allegations of paragraph 124 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

125. The allegations of paragraph 125 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

126. The allegations of paragraph 126 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

127. The allegations of paragraph 127 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

128. The allegations of paragraph 128 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

129. The allegations of paragraph 129 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

### *Known, Pervasive, and Disregarded Risks to Male Students at LSU Fraternities*

130. The allegations of paragraph 130 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

131. The allegations of paragraph 131 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

132. The allegations of paragraph 132 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

133. The allegations of paragraph 133 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

134. The allegations of paragraph 134 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

135. The allegations of paragraph 135 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

136. The allegations of paragraph 136 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

137. The allegations of paragraph 137 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

138. The allegations of paragraph 138 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

139. The allegations of paragraph 139 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

140. The allegations of paragraph 140 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

141. The allegations of paragraph 141 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

142. The allegations of paragraph 142 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

143. The allegations of paragraph 143 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

144. The allegations of paragraph 144 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

145. The allegations of paragraph 145 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

146. The allegations of paragraph 146 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

### *Known, Pervasive, and Disregarded Risks and Culture of Hazing in Phi Delt*

147. The allegations of paragraph 147 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

148. The allegations of paragraph 148 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

149. The allegations of paragraph 149 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

150. The allegations of paragraph 150 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

151. The allegations of paragraph 151 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

152. The allegations of paragraph 152 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

***Phi Delt and LSU Each Empower and Permit Undergraduate Males to
Control the Initiation and Membership Processes at Phi Delt***

153. The allegations of paragraph 153 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

154. The allegations of paragraph 154 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

155. The allegations of paragraph 155 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

156. The allegations of paragraph 156 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

157. The allegations of paragraph 157 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

158. The allegations of paragraph 158 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

159. The allegations of paragraph 159 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

### *Hazing and Misconduct at Louisiana Beta in the Years Prior to the Fall of 2017*

160. The allegations of paragraph 160 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

161. The allegations of paragraph 161 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

162. The allegations of paragraph 162 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

163. The allegations of paragraph 163 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

164. The allegations of paragraph 164 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

165. The allegations of paragraph 165 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

166. The allegations of paragraph 166 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

167. The allegations of paragraph 167 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

168. The allegations of paragraph 168 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

169. The allegations of paragraph 169 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

170. The allegations of paragraph 170 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

171. The allegations of paragraph 171 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

172. The allegations of paragraph 172 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

173. The allegations of paragraph 173 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

174. The allegations of paragraph 174 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

175. The allegations of paragraph 175 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

176. The allegations of paragraph 176 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

177. The allegations of paragraph 177 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

178. The allegations of paragraph 178 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

179. The allegations of paragraph 179 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

180. The allegations of paragraph 180 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

181. The allegations of paragraph 181 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

182. The allegations of paragraph 182 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

183. The allegations of paragraph 183 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

184. The allegations of paragraph 184 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

185. The allegations of paragraph 185 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

186. The allegations of paragraph 186 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

187. The allegations of paragraph 187 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

***<ins>The Beta House Corporation Knew or Should Have Known Pledges Would be Hazed</ins>***
***<ins>And Compelled to Consume Alcohol at the Phi Delt Fraternity House in Fall of 2017</ins>***

188. The allegations of paragraph 188 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

189. The allegations of paragraph 189 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

190. The allegations of paragraph 190 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

191. The allegations of paragraph 191 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

192. The allegations of paragraph 192 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

193. The allegations of paragraph 193 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

194. The allegations of paragraph 194 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

195. The allegations of paragraph 195 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

196. The allegations of paragraph 196 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

## COUNT I

### Violation of Title IX, 20 U.S.C. § 1681, *et seq.*
### (Defendant Board)

197. The allegations of paragraph 197 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

198. The allegations of paragraph 198 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

199. The allegations of paragraph 199 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

200. The allegations of paragraph 200 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

201. The allegations of paragraph 201 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

202. The allegations of paragraph 202 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

203. The allegations of paragraph 203 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

204. The allegations of paragraph 204 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

205. The allegations of paragraph 205 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

206. The allegations of paragraph 206 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

207. The allegations of paragraph 207 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

208. The allegations of paragraph 208 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

209. The allegations of paragraph 209 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

210. The allegations of paragraph 210 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

211. The allegations of paragraph 211 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

212. The allegations of paragraph 212 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

213. The allegations of paragraph 213 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

214. The allegations of paragraph 214 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

216. The allegations of paragraph 215 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

216. The allegations of paragraph 216 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

**COUNT II**
**Survival and Wrongful Death**
**Negligence/Breach of Assumed Duties/Failure to Rescue Under Louisiana State Law**
**(Individual Defendants and Defendant Allstate)**

217. The allegations of paragraph 217 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

218. The allegations of paragraph 218 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

219. The allegations of paragraph 219 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

220. The allegations of paragraph 220 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

221. The allegations of paragraph 221 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

222. The allegations of paragraph 222 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

223. The allegations of paragraph 223 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

224. The allegations of paragraph 224 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

225. The allegations of paragraph 225 of the Second Amended Complaint are denied as they may pertain to the alleged negligence and/or fault of this defendant.   In all other regards, the allegations are denied for lack of sufficient information upon which to justify a belief therein.

## DEMAND FOR TRIAL BY JURY

Defendant, SEAN PAUL GOTT, requests and is entitled herein to trial by jury on all issues on any and all demands.

WHEREFORE, premises considered, Defendant, SEAN PAUL GOTT, respectfully prays that this Answer to the plaintiffs' Second Amended Complaint for Damages be deemed good and sufficient and that after all legal delays and due proceedings had, there be judgment in Defendant's

favor, dismissing Plaintiffs' demands at Plaintiffs' sole cost and prejudice; Defendant further prays

for a trial by jury on all issues triable by jury.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.


Respectfully submitted,

**CAFFERY, OUBRE, CAMPBELL & GARRISON, LLP**
Attorneys for Defendant, Sean Paul Gott
By: s/ Lauren Camel Begneaud
**LAUREN CAMEL BEGNEAUD (#33758)**
**MICHAEL W. CAMPBELL (#3831)**
Gordon Square
100 E. Vermilion, Suite 201
Lafayette, LA 70501
Phone: (337) 232-6581
Fax: (337) 269-1753
lcamel@cocglaw.com
mcampbell@cocglaw.com

37

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of June, 2020, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.


<u>s/ Lauren Camel Begneaud</u>
LAUREN CAMEL BEGNEAUD (#33758)
MICHAEL W. CAMPBELL (#3831)
Attorneys for Defendant, Sean Paul Gott