**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

STEPHEN M. GRUVER, ET AL.                                    CIVIL ACTION
v.
STATE OF LOUISIANA THROUGH THE                     NO. 3:18-cv-00772-SDD-EWD
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE, ET AL.

## ORDER

Considering the Joint Motion to Voluntarily Dismiss Claims against Sean Pennison with

Prejudice filed jointly by Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on

behalf of Maxwell R. Gruver, deceased, and Defendant Sean Pennison;

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED, and Plaintiffs' claims

against Defendant Pennison in the above-captioned matter are dismissed, with prejudice, and with

each party to bear its own costs; and

**IT IS FURTHER ORDERED** that this Order applies only to Plaintiffs' claims against

Sean Pennison.  Plaintiffs' claims remain active and pending against all other Defendants with

whom Plaintiffs have not settled.

Baton Rouge, Louisiana this ___19th___ day of _____March_____, 2021.


___*Shelly D. Dick*___
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA