## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER AND<br>RAE ANN GRUVER, individually and<br>on behalf of MAXWELL R. GRUVER,<br>deceased<br><br>VERSUS<br><br>STATE OF LOUISIANA THROUGH THE<br>BOARD OF SUPERVISORS OF<br>LOUISIANA STATE UNIVERSITY AND<br>AGRICULTURAL AND MECHANICAL<br>COLLEGE, et al. | CIVIL ACTION<br><br>18-772-SDD-EWD |

### RULING

This matter is before the Court on the *Second Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6)*[1] filed by Defendant, Dalton Babineaux. Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of their deceased son Maxwell R. Gruver, filed an *Opposition*[2] to this motion. For the same reasoning and analysis set forth in this Court's prior *Ruling* dated January 4, 2021,[3] the *Second Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6)*[4] is denied.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 25th day of March, 2021.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 232.
[2] Rec. Doc. No. 233.
[3] Rec. Doc. No. 241.
[4] Rec. Doc. No. 232.
Document Number: 66276