UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER, ET AL.<br>v.<br>STATE OF LOUISIANA THROUGH THE<br>BOARD OF SUPERVISORS OF LOUISIANA<br>STATE UNIVERSITY AND AGRICULTURAL<br>AND MECHANICAL COLLEGE, ET AL. | CIVIL ACTION<br><br>NO. 3:18-cv-00772-SDD-EWD |

## ORDER

Considering the Joint Motion to Voluntarily Dismiss Claims against Haider Laghari with Prejudice filed jointly by Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased, and Defendant Haider Laghari;

**IT IS HEREBY ORDERED** that the Joint Motion is GRANTED, and Plaintiffs' claims against Defendant Laghari in the above-captioned matter are dismissed, with prejudice, and with each party to bear its own costs; and

**IT IS FURTHER ORDERED** that this Order applies only to Plaintiffs' claims against Haider Laghari. Plaintiffs' claims remain active and pending against all other Defendants with whom Plaintiffs have not settled.

Baton Rouge, Louisiana this __12th__ day of _____April_____, 2021.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA