UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER, ET AL. | CIVIL ACTION |
| v. | |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | NO. 3:18-cv-00772-SDD-EWD |

## JOINT NOTICE OF PARTIAL SETTLEMENT

Now into Court, through their undersigned counsel, Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased, and Defendant, Zachary T. Hall, pursuant to LR16(c), hereby provide notice to the Court that they have reached a settlement in principle to resolve the Gruvers' claims against Mr. Hall. The settlement in principle applies to the Gruvers' claims against Mr. Hall only. The Gruvers' claims remain active and pending against all other Defendants with whom the Gruvers have not settled. The Gruvers and Mr. Hall will file a Joint Motion for Voluntary Dismissal upon consummation of the settlement.

Dated: January 31, 2023

Respectfully submitted,

/s/ Thomas G. Buck
BLUE WILLIAMS, LLC
Thomas G. Buck T.A. (LBN 14107)
3421 North Causeway Boulevard, Suite 900
Metairie, LA 70002
Telephone: (504) 830-4912
Facsimile: (504) 849-3029
Email: tbuck@bluewilliams.com

*Counsel for Defendant Zachary T. Hall*

/s/ Jonathon N. Fazzola
Jonathon N. Fazzola*
Chloe M. Neely*
Douglas E. Fierberg*
THE FIERBERG NATIONAL LAW GROUP, PLLC
201 East 17th Street, Suite A
Traverse City, MI 49684
Telephone: (231) 933-0180
Email: jfazzola@tfnlgroup.com
Email: cneely@tfnlgroup.com
Email: dfierberg@tfnlgroup.com
*Admitted Pro Hac Vice*

/s/ J. Lane Ewing, Jr.
Donald J. Cazayoux, Jr. (LBN 20742)

        J. Lane Ewing, Jr. (LBN 29854)
        Cazayoux Ewing Law Firm
        257 Maximilian Street
        Baton Rouge, Louisiana 70802
        Telephone: (225) 650-7400
        Email: don@cazayouzewing.com
        Email: lane@cazayouxewing.com

*Counsel for Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true and correct copy of the foregoing was filed electronically with the clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

Dated:  January 31, 2023	Respectfully submitted,

/s/ Jonathon N. Fazzola
**THE FIERBERG NATIONAL**
**LAW GROUP, PLLC**
Jonathon N. Fazzola*
201 East 17th Street, Suite A
Traverse City, MI  49684
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: jfazzola@tfnlgroup.com
*Admitted Pro Hac Vice*

/s/ J. Lane Ewing, Jr.
**CAZAYOUX EWING LAW FIRM**
J. Lane Ewing, Jr. (LBN 29854)
257 Maximilian Street
Baton Rouge, LA  70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: lane@cazayouxewing.com

*Attorneys for Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased*