UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MARCH 7, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

STEPHEN M. GRUVER AND RAE
ANN GRUVER *individually and on
Behalf of Maxwell Gruver*

VERSUS

STATE OF LOUISIANA THROUGH THE
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE, ET AL.

CIVIL ACTION

18-772-SDD-EWD

This matter came on this day for continuation of *Jury Trial*.

PRESENT:  Donald J. Cazayoux, Jr., Esq.
Chloe M. Neely, Esq.
Jonathon N. Fazzola, Esq.
John Lane Ewing, Jr., Esq.
Counsel for Plaintiffs

James L. Donovan, Jr., Esq.
Counsel for Allstate Insurance Company
of Canada, Inc.

The following persons are sworn and testify:

Ryan Isto
Brayden Rabalais

Karen Ross, M.D. is sworn, tendered, accepted as an expert in the field of forensic pathology, and testifies.

Mary Elizabeth "Libbie" Feldner is sworn and testifies.

Andrew Stolbach, M.D. is sworn, tendered, accepted as an expert in the field of emergency medicine and medical toxicology, and testifies by video.

Plaintiff, Stephen M. Gruver, is sworn and testifies.

Plaintiff, Rae Ann Gruver, is sworn and testifies.

Plaintiffs rest.

Outside the presence of the jury, counsel for Defendant moves for *Rule 50 Judgment as Matter of Law*. Parties present argument. For oral reasons given, Court DENIES the *Motion*.

Court recesses until Wednesday, March 8, 2023, at 9:30 a.m.

\* \* \* \* \*

CV 23/ 7.5 hrs.
S. Thompson/Reporter