UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MARCH 8, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

STEPHEN M. GRUVER AND RAE
ANN GRUVER *individually and on
Behalf of Maxwell Gruver*

VERSUS

STATE OF LOUISIANA THROUGH THE
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE, ET AL.

CIVIL ACTION

18-772-SDD-EWD

This matter came on this day for continuation of *Jury Trial*.

PRESENT:   Donald J. Cazayoux, Jr., Esq.
Chloe M. Neely, Esq.
Jonathon N. Fazzola, Esq.
John Lane Ewing, Jr., Esq.
Counsel for Plaintiffs

James L. Donovan, Jr., Esq.
Counsel for Allstate Insurance Company
of Canada, Inc.

Outside the presence of the jury, Defendant proffers exhibits.

The Court gives supplemental reasons for its prior *Rulings*[1] on Plaintiffs' *Motion in Limine Concerning Allstate Canada's Trial Evidence*[2] and *Motion in Limine Concerning Evidence of Settlement Credit*.[3]

Jury returns to the courtroom.

The defendant, Ryan Isto, is sworn and testifies.

---

[1] Rec. Docs. 330 and 331.
[2] Rec. Doc. 319.
[3] Rec. Doc. 320.

Defendant rests.

Outside the presence of the jury, parties make objections to the jury charges and verdict form.

Jury returns to the courtroom.

Parties present closing statements.

The final instructions are read to the jury and at 1:15 p.m., the Court excuses the jury to begin their deliberations.

At 5:30 p.m., the jury returns to the courtroom and returns its verdict.

The jurors are thanked for their service and excused from the courtroom.

Judgment shall be entered accordingly.

* * * * *

CV 23; T:5.0 hrs.

Shannon Thompson/Reporter