UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN M. GRUVER, ET AL.                    CIVIL ACTION

VERSUS

NUMBER 18-772-SDD-EWD

STATE OF LOUISIANA, THROUGH
THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

## VERDICT FORM

We the Jury find by a preponderance of the evidence:

1. Do you find that Ryan M. Isto was at fault in causing the death of Max Gruver?

    Yes ✔ No ____

If you answered "No" to Question 1, then the Presiding Juror should sign and date this verdict form and return to the Courtroom. If you answered "Yes" to Question 1, please proceed to Question 2.

2. Do you find that Max Gruver and/or any other person or entity was at fault in causing the death of Max Gruver?

    Yes ✔ No ____

If you answered "Yes" to Question 2, proceed to Question 3.  If you answered "No" to Question 2, proceed to Question 4.

3. What percentage of fault, if any, do you attribute to the following: (You must assign a percentage (%) between 0 and 100 to each of the below.  Your total must equal 100%).

| | |
|---|---|
| Defendant Ryan M. Isto: | __2__ % |
| Max Gruver: | __0__ % |
| Matthew Naquin: | __80__ % |
| Sean Paul Gott: | __2__ % |
| Zach Castillo: | __2__ % |
| Patrick Forde: | __2__ % |
| Haider Laghari: | __2__ % |
| Arthur Chassaignac: | __2__ % |
| Austin Hebert: | __2__ % |
| Sean Pennison: | __2__ % |
| Zachary Hall: | __2__ % |
| Elliot Eaton: | __2__ % |
| Total: | 100% |

4. Do you find that Max Gruver suffered damages as a result of the subject incident?

Yes ✔  No ____

5. What sum of money, if any, would fairly and reasonably compensate the Plaintiffs, Stephen and Rae Ann Gruver on behalf of Max Gruver, for the pain and suffering, fright, fear, or mental anguish, if any, you have found Max suffered during the incident up until his death?

$ _100,000.00_

6. What sum of money would fairly and reasonably compensate the Plaintiffs, Stephen Gruver and Rae Ann Gruver, for the damages they suffered as a result of the death of Max Gruver?

$ _6,000,000.00_

_3/8/23_
DATE

_[signature]_
JURY FOREPERSON