UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHEN M. GRUVER, ET AL.

VERSUS

STATE OF LOUISIANA, THROUGH
THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.

CIVIL ACTION

NUMBER 18-772-SDD-EWD

## JUDGMENT

Considering the Verdict[1] rendered by the jury at the completion of the trial of this matter:

*Judgment* is hereby entered in favor of Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of their deceased son Maxwell R. Gruver, and against Defendants, Ryan Isto and Allstate Insurance Company of Canada, Inc., in the amount of $122,000.00.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 21 day of March, 2023.

*(signature)*
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 337.