UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN M. GRUVER, ET AL. | CIVIL ACTION |
| v. | |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | NO. 3:18-cv-00772-SDD-EWD |

### PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT TO AWARD PRE-JUDGMENT AND POST-JUDGMENT INTEREST

Plaintiffs, Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, respectfully move this Court to alter or amend the Judgment entered in this case, (Rec. Doc. 342), pursuant to Fed. R. Civ. P. 59(e). As set forth more fully in Plaintiffs' Memorandum in Support of this Motion, the Gruvers are entitled to awards of pre-judgment interest at the applicable Louisiana interest rate and post-judgment interest at the applicable federal rate.

Dated: March 31, 2023

Respectfully submitted,

/s/ Chloe M. Neely
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Chloe M. Neely*
Jonathon N. Fazzola*
Douglas E. Fierberg*
201 East 17th Street, Suite A
Traverse City, MI 49684
Telephone: (231) 933-0180
Email: cneely@tfnlgroup.com
Email: jfazzola@tfnlgroup.com
Email: dfierberg@tfnlgroup.com
*Admitted Pro Hac Vice*

/s/ J. Lane Ewing, Jr.
**CAZAYOUX EWING LAW FIRM**
Donald J. Cazayoux, Jr. (LBN 20742)
J. Lane Ewing, Jr. (LBN 29854)
257 Maximilian Street

1

Baton Rouge, LA 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: don@cazayouxewing.com
Email: lane@cazayouxewing.com

*Counsel for Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on this date a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  March 31, 2023                                        Respectfully submitted,

/s/ Chloe M. Neely
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Chloe M. Neely*
201 East 17th Street, Suite A
Traverse City, MI 49684
Email: cneely@tfnlgroup.com
*Admitted Pro Hac Vice*

/s/ J. Lane Ewing, Jr.
**CAZAYOUX EWING LAW FIRM**
J. Lane Ewing, Jr. (LBN 29854)
257 Maximilian Street
Baton Rouge, LA 70802
Email: lane@cazayouxewing.com
*Attorneys for Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually and on behalf of Maxwell R. Gruver, deceased*