UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN M. GRUVER, ET AL | * | CIVIL ACTION |
| VS. | * | NO. 3:18-CV-772-SDD-EWD |
| STATE OF LOUISIANA THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTUREAL AND MECHANICAL COLLEGE, ET AL | *  *  * | |

## NOTICE OF APPEAL

Defendant Allstate Insurance of Canada, Inc. hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment on the Jury Verdict entered March 21, 2023 (Doc. 342), the Judgment on the Motion to Alter or Amend Judgment Pursuant to Rule 59(e) entered June 5, 2023 (Doc. 351) and all orders that merge into the designated judgments, as well as all other final and interlocutory orders entered in this case.

The parties to the Judgment appealed and the names of their representative attorneys are as follows:

a) Plaintiffs Stephen M. Gruver and Rae Ann Gruver, individually, and on behalf of their deceased son, Maxwell R. Gruver

Represented by:

THE FIERBERG NATIONAL LAW GROUP, PLLC
Jonathon N. Fazzola*
jfazzola@tfnlgroup.com
Chloe M. Neely*
cneely@tfnlgroup.com
Douglas E. Fierberg"
dfierberg@tfnlgroup.com
201 East 17th Street, Suite A
Traverse City, MI 49684
Telephone:  (231) 933-0180
*  *Admitted Pro Hac Vice*

CAZAYOUX EWING LAW FIRM
Donald J. Cazayoux, Jr. (20742)
don@cazayouxewing.com
J. Lane Ewing, jr. (29854
lane@cazayouxewing.com
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone:  (225) 650-7400
Facsimile:  (225) 650-7401


b) Defendant Allstate Insurance of Canada, Inc.

   Represented by:

   DONOVAN & LAWLER
   P. M. Donovan (21272)
   4640 Rye Street
   Metairie, Louisiana 70006
   Telephone:  (504) 454-6808
   Facsimile:  (504) 887-5885
   Email:  pdonovan@donovanlawler.com

Respectfully submitted:

**DONOVAN & LAWLER, APLC**


*P. M. Donovan*
**P. M. DONOVAN (21272)**
4640 Rye Street
Metairie, Louisiana 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
pdonovan@donovanlawler.com


## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing all counsel. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participants.

*P. M. Donovan*
P. M. Donovan